Grace G. Darby, Appellant, v. John Donahue and Allan-mar Corporation, Appellees.

Gen. No. 46,102.

Joseph Barbera, for appellant; Heineke & Conklin, for appellees; William H. Schrader, and Ralph Miller, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full. Opinion filed May 19, 1954; rehearing denied June 9, 1954; released for publication July 2, 1954.